anything from last night

no idea

i was blackout and honestly i'm pissed rn

i feel like you took advantage of me last night

wait what

i literally did not do anything that you didn't want me to do i asked you multiple times

i remember you said you put your d■k inside me already when you kept trying to hook up with me

**EXHIBIT A**

no that did not happen

i literally made sure that everything was okay i'm not an idiot

    

 

●●○○○ AT&T 🛜                                    🔒 ⬆ ❈ 100% 🔋 ⚡

**11:16 am**

‹                                                          ⓘ

i'm glad we cleared that up haha but when do you finish

ya same i appreciate you being straight up with me

i have lab until 4:30 then i'm gonna pick up after

yeah obviously haha u we're actually chill as f■■k after too we hung out for awhile after so i was like wait what the f■■k

my head hurts so much though those advil did not do s■t to me

yo also thanks for saying the s■t about Haley cause that's actually not cool and i was f■■■■d up i deleted them just now

you're good dude, i don't think anything badly of ya. s■t happens

