| | | |
|---|---|---|
| Agency Name *Charleston Police Department* | **INCIDENT/INVESTIGATION REPORT** | Case# *17-11031* |

**INCIDENT DATA**

| ORI | *SCO100100* | | | Date / Time Reported *06/23/2017 17:47 Fri* |
|---|---|---|---|---|
| | | | | Last Known Secure *04/10/2017 00:00 Mon* |

| Location of Incident *50 George St Apt. 504-A, Charleston SC 29401-* | Premise Type *Residence/home* | Zone/Tract **224** | At Found *06/23/2017 17:47 Fri* |
|---|---|---|---|

| #1 | Crime Incident(s) (Com) *Sex Offense / Forcible Rape* *11A* | Weapon / Tools *None* | | Activity *N* |
|---|---|---|---|---|
| | | Entry | Exit | Security |
| #2 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |
| #3 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |

**MO**

**VICTIM**

# of Victims *1*    Type: INDIVIDUAL/ NOT LAW    Injury: None

| V1 | Victim/Business Name (Last, First, Middle) ▮▮▮▮▮ | Victim of Crime # *I,* | DOB Age *20* | Race *W* | Sex *F* | Relationship To Offender *IAO* | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address ▮▮▮▮▮ *, Mount Pleasant, SC 29466-* | | Home Phone ▮▮▮▮▮ |
|---|---|---|
| Employer Name/Address *USC (STUDENT)* | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES:  V- Victim (Denote V2, V3)   O = Owner (If other than victim)   R = Reporting Person (If other than victim)

**OTHERS INVOLVED**

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury:

| Code *OT* | Name (Last, First, Middle) ▮▮▮▮▮ | Victim of Crime # | DOB Age *20* | Race *B* | Sex *M* | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address ▮▮▮▮▮ *Charleston, SC 29403* | | Home Phone ▮▮▮▮▮ |
|---|---|---|
| Employer Name/Address *C OF C (STUDENT)* | Business Phone | Mobile Phone |

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT    Injury:

| Code *OT* | Name (Last, First, Middle) ▮▮▮▮▮ | Victim of Crime # | DOB Age *20* | Race *W* | Sex *F* | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address ▮▮▮▮▮ *Seneca, SC 29678* | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *WILSON, D. G. (CENT, SVU) (1739)* | |
|---|---|
| Invest ID# *WILSON, D. G. (CENT, SVU) (1739)* | Supervisor *FRESHMAN, K. M. (CENT, SVU) (1244)* |

| Status | Complainant Signature | Case Status *Pending Inactive* *07/31/2017* | Case Disposition: | Page 1 |
|---|---|---|---|---|

*R_CS1.IBR*        Printed By: WILSONDA,        Sys#: 171885        08/16/2017 08:28

**EXHIBIT B**

## Incident Report Additional Name List

*Charleston Police Department*

OCA: *17-11031*

### Additional Name List

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1 ) OT   3 | ███████ | | ███████ | | 50 | W | M |
| Address | ████████, Mount Pleasant, SC 29464- | | H: | - - | | | |
| Empl/Addr | | | B: | - - | | | |
| | | | Mobile #: | - - | | | |

## INCIDENT/INVESTIGATION REPORT

*Charleston Police Department*

Case # *17-11031*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 17-11031                *Charleston Police Department*

**NARRATIVE**

On Friday, June 23, 2017, I (Det. Wilson) responded to 67 George St (College of Charleston Victim Services) in reference to a CSC which had occurred earlier. Upon arrival, I made contact with the Victim/Complainant who provided a thorough statement regarding the incident. The investigation is ongoing at this time.

## Incident Report Suspect List

*Charleston Police Department*

OCA: *17-11031*

| 1 | Name (Last, First, Middle) | | | | | | Also Known As | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *CHARLESTON, SC 29401* |

| Business Address | *COLLEGE OF CHARLESTON, STUDENT* |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | A | M | N | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

| Notes | | Physical Char |
|---|---|---|

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*    **Date / Time:** *06/26/2017 13:31:21, Monday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *06/27/2017 15:17:03, Tuesday*

**Contact:**    **Reference:** *Supplemental Report*

OCA: 17-11031
Incident Type: CSC
Incident Location: 50 George St., Charleston
Incident Date: April 10, 2017

Victim:          (W/F,
                          Charleston

Offender:          (A/M,
                          , Charleston, SC

On Friday, June 23, I (Det. Wilson) was the on call detective for the City of Charleston Police Dept. and was requested to assist at 67 George St., College of Charleston Victim Services, in reference to a sexual assault which had occurred several months prior. Upon arrival, I was briefed of the particulars of the complaint by Sgt. Gracely and then conducted a more in depth interview with the victim/complainant (            ). Our conversation was audio recorded, added to the case file and can be summarized as follows:

            is a rising junior at the College of Charleston and originally from Madison, Connecticut. She and her family relocated to the Charleston area, specifically Mount Pleasant, when she graduated high school and they have lived here ever since. Ms.          transferred to CofC from USC this past fall semester and began taking classes then. She is currently majoring in Public Health with intentions of becoming a nurse and working in the medical field. At the school, she is a member of the Zeta Tau Alpha sorority and lives alone at her apartment in the Sterling Campus Center Apartments.

            explained that she maintains close friendships with many members of the Pi Kappa Phi fraternity. Her sorority often throws joint parties with the fraternity and on April 10, 2017, the two groups had decided to throw a "Coachella" themed party at Club Mynt. Through further research it was learned that Coachella is short for "The Coachella Valley Music and Arts Festival" which is an annual music and arts festival held at the Empire Polo Club in Indio, California, located in the Inland Empire's Coachella Valley, in the Colorado Desert. (https://en.wikipedia.org/wiki/Coachella_Valley_Music_and_Arts_Festival). It should be noted that one of the hallmarks of this festival is the acceptance and promotion of excessive drug and alcohol use throughout the festival.

            went on to say that on Monday, April 10, she had a normal day of school with a full load of courses and had plans on attending a sorority party that night. She explained that she is very involved with her sorority, is

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                                        OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *PENDING INACTIVE*      Case Mng Status: *PENDING INACTIVE*      Occurred: *04/10/2017*

Offense: *SEX OFFENSE / FORCIBLE RAPE*

Investigator: *WILSON, D. G. (1739)*               Date / Time: *06/26/2017 13:31:21, Monday*

Supervisor: *FRESHMAN, K. M. (1244)*          Supervisor Review Date / Time: *06/27/2017 15:17:03, Tuesday*

Contact:                                                            Reference: *Supplemental Report*

extremely social and loves going to social events the sorority and fraternities host. That day in particular, she was very excited for the Coachella "mixer" and a pre-mixer party for one of her friends' birthdays as well. That night, she and a large group of friends (all of whom are in various fraternities and sororities). Recently, ▓▓ has become friends with a Pi Kappa Phi member named ▓▓▓▓▓▓▓▓▓, ▓▓▓▓, and another Zeta pledge member, ▓▓▓▓▓▓▓, made plans to hang out that night before the party and the group convened at ▓▓'s apartment at ▓▓▓▓.

Once at ▓▓▓'s, the group proceeded to party, drink and take shots of liquor (several apiece). At the conclusion, the group walked to ▓▓▓▓▓'s house at ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓ characterized the party as a "normal pregame"(common vernacular for a pre-party before a larger function) in which she drank several glasses of "jungle juice" (an alcoholic beverage concocted of multiple liquors and often served with liquor soaked fruit to increase the alcohol content). She further clarified that her girlfriends hosting the party aren't the type of people to spike the punch with anything other than a lot of alcohol. Afterwards, ▓▓▓▓ took several shots of tequila and it was at this point that she was so heavily intoxicated that she "blacked out". Despite this, she remembers being at ▓▓▓'s house, things going "very well", the group sang happy birthday and everything was great. As she was talking with her guy friends, she was introduced to "▓▓▓" whom she described as someone she had never talked to before that evening and only had a cursory understanding of who he was as the two have befriended each other on various social media sites.

As they talked, ▓▓▓▓ complimented ▓▓▓ on his glasses, as he, ▓▓▓ and the party goers were in costume for the party. Through her recollection, ▓▓▓ described the encounter as being relatively brief and as the party drew to a close, everyone obtained rides from Uber and traveled to Mynt (135 Calhoun St) to attend the actual party. At this point in the interview, ▓▓▓ broke from the chronology of the night and explained that the sorority has a risk management director who is supposed to oversee their parties. It is their responsibility to look after members and should they see anyone too intoxicated; the risk director is to send that member home and ensure they arrive safely. Further, there were "sober monitors" who were supposed to have been conducting the same type of oversight of the party. Despite this supposed monitoring, ▓▓▓ seemingly placed blame on these individuals for not knowing how drunk she was and that they didn't police her behavior. However, she disqualified this by saying that she is a very controlled drunk who, even when heavily intoxicated, maintains her composure very well and others may not have been aware of her level of intoxication.

While at the mixer, ▓▓▓ stated she tried to talk to her friend, ▓▓▓▓▓▓, but she was too drunk to do so. She then blacked out again for an undetermined amount of time but her memory returned to where she remembered dancing with several friends, ▓▓▓▓▓▓ (who later invited her and ▓▓ to a party at a friend's house after the mixer) and ▓▓▓▓. It is worthy of note that ▓▓▓ apparently wanted to take ▓▓ home that night because she was so drunk. However, she stated she was previously aware that ▓▓▓ liked her and she was reluctant to go home with him. Furthermore, at the beginning of the night, she apparently told ▓▓▓ she was going out without any intentions of hooking up with anyone. While she "didn't really know" if this would

Investigator Signature                                             Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                        OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*    **Date / Time:** *06/26/2017 13:31:21, Monday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *06/27/2017 15:17:03, Tuesday*

**Contact:**    **Reference:** *Supplemental Report*

happen, she wanted ▉▉▉ to be aware that she had no plans on going home with him.

As the party moved on, ▉▉▉ and others left the party, leaving ▉▉▉ as one of the only remaining party goers. At this point in the evening, ▉▉▉ was later told by one of the risk management officers that she did not appear to be that drunk and was able to leave the party under her own power and actually sign out showing that she was leaving. ▉▉▉ doesn't remember leaving the party but at some point, she rendezvoused with ▉▉▉ and the two went to the Pi Kappa Phi house. While the two partied there for a short amount of time, ▉▉▉ explained that the fraternity members made her and ▉▉▉ leave because they were engaged in some sort of hazing ritual and girls were not allowed to witness it.

As they departed the Pi Kappa Phi house, ▉▉▉ was later told by her friend ▉▉▉▉▉▉▉, that she was walking with ▉▉▉ and even though ▉▉▉ offered to take ▉▉▉ home, she explained that she and ▉▉▉ were going to smoke weed and that she was alright. The two appeared to be acquainted enough that ▉▉▉ thought they were already friends and allowed the two to continue on their way.

Upon arriving at ▉▉▉'s apartment, ▉▉▉ complimented her on the apartment and decorations and ▉▉▉ remembers being flattered by the niceties. The two talked about how nice it was to not have a roommate and ▉▉▉ explained that she and her previous roommate had a falling out which resulted in ▉▉▉ living alone. From that point on, ▉▉▉ is unsure whether she and ▉▉▉ had sex but she remembers being in the kitchen and grabbing at her waist and hips. She described ▉▉▉s behavior as being very sexually aggressive and forward to the point that she had to push his hands away a couple of times. Later, she remembered her and ▉▉▉ sitting on the couch and he had his hands up her skirt attempting to "finger my vagina". ▉▉▉ stated she remembers being very reluctant to allow this to happen and she was not fully facing ▉▉▉. She stated she was confused at what was happening and switched from referring to ▉▉▉ by his name to referring to him as "this male". She went on to say that she "was not attracted to this male" and was "grossed out thinking about it...and he's shorter than me...ugh". When she rebuffed his advances, ▉▉▉ said ▉▉▉ told her "why does it even matter, I already put my dick inside your pussy". ▉▉▉ further explained that she was not wearing underwear at this point and she became emotional because she believed ▉▉▉ had "done that to her" but cannot confirm this as she never remembered having sex. Furthermore, ▉▉▉ reiterated later that ▉▉▉ had not digitally penetrated her vagina that she could remember.

It was at this point ▉▉▉ composed herself and proceeded to tell ▉▉▉ about another alleged sexual assault by a different Pi Kappa Phi member back in January 2017. As that conversation moved on, ▉▉▉ told ▉▉▉ that they had sex for maybe two minutes but they both agreed to stop as it wasn't a good idea. ▉▉▉ then made the observation that she never has sex with anyone without a condom. ▉▉▉ apparently told her that it was her idea to have unprotected sex and after they talked about their encounter, the two hung out afterwards for an extended period of time. In her opinion, ▉▉▉ hung out with her afterwards to make sure things were ok and that things were cool since "he got what he wanted". The two then went down to ▉▉▉'s room and the two snacked on beef jerky that ▉▉▉ had bought earlier in the week. While ▉▉▉ lives with an individual named ▉▉▉▉▉▉▉, ▉▉▉ was unsure of whether he was home while she and ▉▉▉ were there.

Investigator Signature    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                            OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*     **Case Mng Status:** *PENDING INACTIVE*     **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                    **Date / Time:** *06/26/2017 13:31:21, Monday*

**Supervisor:** *FRESHMAN, K. M. (1244)*     **Supervisor Review Date / Time:** *06/27/2017 15:17:03, Tuesday*

**Contact:**                                            **Reference:** *Supplemental Report*

As I began to recap ▮▮▮▮▮'s statement thus far, she became increasingly concerned that I would begin investigating her sorority and the Pi Kappa Phi fraternity as a result of this incident. I explained to her that I was not interested in investigating activities of the Greek organizations other than the incident we were discussing. ▮▮▮▮▮ seemed to be put at ease because of this and I continued to recap the statement to confirm its accuracy.

In describing her attire that night, ▮▮▮▮▮ stated she was wearing a "tie dyed dress" her hair was in pig tail buns, and was wearing really crazy jewelry. She made sure to point out that the dress was not revealing and she described her bra as being probably a bra-let or possibly a black strapless bra. She further stated she was wearing blue, lace thong underwear.

It is worthy of note that at this point in the interview, ▮▮▮▮▮ referenced for a second time, that she had experienced a similar incident involving another Pi Kappa Phi member and that she had told ▮▮▮ she "thought that's what had just happened again". When I asked her to elaborate, she explained "it was with the same fraternity and he is in so much trouble with the school now because he is a `bar-tard`, he literally just takes Xanax all the time". She went on to say that "I don't remember it at all, I literally woke up in his bed the next day totally naked, don't remember talking to him at the party and I wouldn't be surprised if he slipped me some Xanax. His name was ▮▮▮▮▮" When I highlighted that this incident is almost exactly the same scenario as the previous incident, ▮▮▮▮▮ stated "it's like they know how drunk I get, they're literally being predators". As we continued, ▮▮▮ explained that she had not reported the incident with ▮▮▮ because she did not know whether she consented to anything or not. However, when the incident with ▮▮▮ occurred, she decided this needed to stop happening to her and she decided to report it. She then attempted to distance herself from the previous incident by saying "that was on the total opposite end of the semester and to be honest, I don't know if that was consensual or not).

After ▮▮▮▮▮ composed herself from being very emotional, ▮▮▮ attempted to lighten the mood by sharing an embarrassing story about him. ▮▮▮▮▮ then explained that she had heard through the sorority that ▮▮▮ was previously suspended from the fraternity as a result of a prior sexual assault allegation. It should be noted that I was unable to find any police documentation regarding this incident.

The two then proceeded to hang out and snack. They ended up down in ▮▮▮'s room eating beef jerky around 1:15-1:30am at the earliest. They then walked to the CVS and as they walked, ▮▮▮ kept trying to lift up the back of her dress and see her butt because she still didn't have panties on. While in front of the CVS, ▮▮▮ confronted ▮▮▮ and shouted at him to stop trying to look up her dress and the behavior stopped. Once ▮▮▮ bought some macaroni and cheese and ▮▮▮ bought Cadbury eggs at the CVS, the two went back to ▮▮▮'s apartment to eat. After they finished this second round of snacks, ▮▮▮ left for the night.

When I asked ▮▮▮ why she continued to spend time with ▮▮▮ that night despite him allegedly sexually assaulting her, she stated that she continued to do so simply because she did not even know whether anything had

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                              OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *PENDING INACTIVE* | **Case Mng Status:** *PENDING INACTIVE* | **Occurred:** *04/10/2017* | |
| **Offense:** *SEX OFFENSE / FORCIBLE RAPE* | | | |

| | |
|---|---|
| **Investigator:** *WILSON, D. G. (1739)* | **Date / Time:** *06/26/2017 13:31:21, Monday* |
| **Supervisor:** *FRESHMAN, K. M. (1244)* | **Supervisor Review Date / Time:** *06/27/2017 15:17:03, Tuesday* |
| **Contact:** | **Reference:** *Supplemental Report* |

happened.  While she believed what ▨ had said about what had happened, she did not have any direct knowledge about it. ▨ further stated she is not the type of person who would just throw someone out just because she was angry.

In the days after, ▨ stated that ▨ had called her and admitted that they had sex.  He reiterated that they had not used a condom because she didn't to use one.  She then stated the two had traded text messages afterwards and provided copies of the messages.  Furthermore, she had gone to the CofC Student Health Center to get an STD check.

▨ then explained that she went to have the SANE exam several days later, on Thursday, after she had thought about the incident.  In the aftermath, she chose to file the sexual assault kit as anonymous because she was scared of getting the fraternity in trouble and she would be "committing social suicide". Furthermore, the social stigma of being known as the girl who had been with ▨ terrified her and she didn't want any backlash from them or her sorority sisters.  Since then, she decided to report the incident because he would be "healing" for her and pursuing a charge against ▨ would result in either him having to be registered as a sex offender or go through the fear of being charged as one.  She further stated that he needed to learn a lesson from the experience.

When I asked why ▨ had transferred from USC, she stated she wanted to find a school that was smaller and that she didn't like the people there.  She went on to say that she medically withdrew because of her arthritis and CofC was a fresh start for her.

Contained within the packet of information she wished to provide, were names of people involved, their "official statement" they provided to ▨ and screenshots of messages between the groups.  These documents were added to the case file.

▨ described ▨ as being Asian, around 5`5 tall, a "fat kid" with black hair, dark skin. He lives with ▨ who is also in the Pi Kappa Phi fraternity. ▨ stated that ▨ had recently unfriended her on social media.  Also, since ▨ has come forward and alerted members of Pi Kappa Phi about this incident, ▨ has been banned from the fraternity.

At the conclusion of our conversation, I explained the investigatory process and how the case would proceed.

Investigation continues...

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*

OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL – FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*     **Case Mng Status:** *PENDING INACTIVE*     **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*          **Date / Time:** *07/10/2017 09:52:12, Monday*

**Supervisor:** *FRESHMAN, K. M. (1244)*     **Supervisor Review Date / Time:** *07/10/2017 13:30:15, Monday*

**Contact:**          **Reference:** *Supplemental Report*

OCA: 17-11031
Incident Type: CSC
Incident Location: 50 George St., Charleston
Incident Date: April 10, 2017

Victim:          (W/F,          )
          , Charleston

Offender:          (A/M,          )
          Charleston, SC

On Monday, July 10, I received a phone call from ▇▇▇ who requested an update on the status of her case. During our conversation, I explained that I had been unable to proceed with the case as I had not made contact with ▇▇ to obtain his account of the incident. She explained that she was disappointed in this response and that it was not what she wanted to hear. When she elaborated, she stated that she wanted me to further pursue ▇▇ as the offender in this incident. I explained that we had confirmed though CofC that ▇▇ had not returned to school and had notified them that he would not be doing so. As such, the investigation was unable to proceed until he returned to Charleston.

Later that morning, I made contact with ▇▇ via phone. He explained that he was still in the UK and would not be returning to Charleston anytime soon. Further, he confirmed that he had withdrawn from school and would not be attending CofC this upcoming semester. When I began to ask further about his relationship to ▇▇ and whether they had hung out during any fraternity or sorority functions, ▇▇ became hesitant to speak further and ultimately discontinued our conversation by saying he was unable to talk furtyher because of a prior engagement. I explained the necessity of needing to speak about the incident and he stated he would return the call at his convenience. He provided his email address ▇▇▇▇▇▇▇▇▇▇ and advised he would contact me later.

Investigation continues.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                              OCA: ***1711031***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *PENDING INACTIVE* | **Case Mng Status:** *PENDING INACTIVE* | | **Occurred:** *04/10/2017* |
| **Offense:** *SEX OFFENSE / FORCIBLE RAPE* | | | |

| | | |
|---|---|---|
| **Investigator:** *WILSON, D. G. (1739)* | **Date / Time:** | *07/20/2017 08:21:22, Thursday* |
| **Supervisor:** *FRESHMAN, K. M. (1244)* | **Supervisor Review Date / Time:** | *07/20/2017 10:59:23, Thursday* |
| **Contact:** | **Reference:** | *Supplemental Report* |

OCA: 17-11031
Incident Type: CSC
Incident Location: ███████, Charleston
Incident Date: April 10, 2017

Victim: ████████ (W/F, ████████
         ████████ Charleston
         ████

Offender: ████ (A/M, ████████
           ████, Charleston, SC
           ████████

In furtherance of the investigation into ████ ████ provided me with a lengthy packet of information which she compiled. Contained with the packet were numerous statements supposedly provided by her friends and sorority sisters in reference to the incident. They are as follows and transcribed as ████ originally provided them:

-- ████████ --
Friend / Sorority sister.
-Said that she saw me with ████ leaving the Pi Kapp House on Coming St.
-Said I didn't know where I was, I was yelling her name from afar while we (████ and ████) were approaching her and that I was clearly messed up.
-Offered to take me back to my apt but I said it was ok because ████ had wanted to smoke and invited me
-████ thought we already were friends and knew each other , so she was fine with it but turned to look at ████ and said "bring her back safely, and leave her there"
-Is aware of previous allegations against ████ because she dated the president of Pi Kapp last year

-- ████████ (████████) --
Friend and current member of Pi Kapp fraternity. His big, ████████ is aware of this incident as well as prior allegations against ████.
-Walked with me from my apartment to the birthday party and then to the mixer.
-Said I couldn't hold a conversation with him at the mixer
-Said I wasn't moving very much
-Said I was falling over, very sloppy
-Tried to take me back to my apartment so that I would be safe because I was so drunk and my mind wasn't presently "there", although I had refused his offer (don't remember this)

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                          OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*     **Case Mng Status:** *PENDING INACTIVE*     **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                    **Date / Time:** *07/20/2017 08:21:22, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*     **Supervisor Review Date / Time:** *07/20/2017 10:59:23, Thursday*

**Contact:**                                             **Reference:** *Supplemental Report*

-Is aware of the previous allegations against ████, had told me about it, where it happened, who`s formal date it was

-- ████████ (███████████-
Friend / Sorority sister
-Saw at the mixer, danced / talked with each other towards beginning of it
-next day had said that I was "far gone last night" and "wasn't making sense" when I spoke as if I was speaking gibberish
-Noticed that I hit the DJ;s huge speaker and almost knocked it over because I was so sloppy

-- ████████ (███████████-
Friend / Sorority sister
-spent most of the time with her at the mixer dancing
-had given me and ████ a call to invite us to hang out at a friend`s house after we had left the mixer
-she was with ████████ and █████████ when this happened
-See Screenshot
-This screenshot I believe was sent by ███████████, if it wasn`t it was sent by ██████████

-- ████████ (███████████-
Friend / Sorority sister
- Attended mixer, saw me there
Has the same friends as me, is good friends with pikapps
-called me and ████ after the mixer to invite us to a friend`s house. I didn`t pick up, ████ did. She had talked to ████ and he said were going to be there in 15 minutes.
-knew I was very drunk

-- ████████ (███████-
Friend / Sorority sister
-was with me from the time I started drinking at my apartment at the CCA. Walked with me and ████ to the birthday pregame and was with me at the mixer
-knew how drunk I was, too drunk to take a photo. There were no photos of me at the mixer

-- ████████ (██████-
-was at pregame mixer with me
-was dancing at the mixer with me
-knew how drunk I was

-- Places --
████████`s house: 4 Ascot Alley, Charleston, SC

Investigator Signature                              Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                                                OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*          **Case Mng Status:** *PENDING INACTIVE*          **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                          **Date / Time:** *07/20/2017 08:21:22, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*          **Supervisor Review Date / Time:** *07/20/2017 10:59:23, Thursday*

**Contact:**                                                              **Reference:** *Supplemental Report*

Mynt Night Club (site of mixer) 135 Calhoun St.
Pi Kappa Phi House: Coming St
Sterling Campus Center Apartments: 50 George St., Charleston SC (apartment #504A, I do not know ██████'s apartment #)

— ████████'s account of her movements prior to attending party at 135 Calhoun St. —
Before Mixer
-████████ was having a birthday party pregame at her apartment and she had invited select friends (some of which are zetas, pikapps, KD's and some not in Greek life) This was a NON-GREEK LIFE AFFILIATED PRIVATE PARTY.
-She lives on ████████ (Off of Smith St)
-I had never met ████████ before this night
-People that I can recall that were at this birthday party (and the mixer)
-████████, ████████, ████████, ████████, ████████, ███ ████████, ████████, ████████ and more.  This is just who I remember being there and had talked to when I was at this birthday party.
-I live at Campus Center, Apt ████████ and ████████ came over to take 2-3 shots of Titos and then we 3 had walked over to ███ 's house.
-I recall taking 3 shots
-I remember arriving at the house and didn't feel the effects from the alcohol yet
-Took a picture with ████ outside
-Could recall socializing with people I just listed like normal (not drunk)
-Sang happy birthday to ████
-had 2 cups of jungle juice (████ and ████ had made, they would never put any drugs or anything they shouldn't in there) and a shot or 2 of tequila (████ offered since she got so much tequila for her birthday)
-spent most of the pregame/birthday talking to ████, ████, ████████, ████████ and ████████
-Took a picture with ████ and ████ then a picture with ████
-I talked briefly to the other guys that were there, ████████, ████████, and ████████.  All 3 of these boys are friends with ████ who I had not ever met until this night.
-████ and ████ are two of ████'s best friends in the pikapp fraternity and ████ was ███'s "big"
-I have a selfie taken with ████ from this pregame
-When I talked to ████, it was in the kitchen and we were surrounded by a bunch of people.  I remember he was standing next to ████ who I was having a conversation with and then turned to ████ to compliment him on the sunglasses he was wearing (mixer was Coachella themed) and we shook hands and introduced ourselves to each other.  I do not recall talking to him for the rest of that night, including at the birthday party.  We have had no

Investigator Signature                                        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                                                 OCA : **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *PENDING INACTIVE*   **Case Mng Status:**  *PENDING INACTIVE*   **Occurred:**  *04/10/2017*

**Offense:**  *SEX OFFENSE / FORCIBLE RAPE*

| | | | |
|---|---|---|---|
| **Investigator:** | *WILSON, D. G. (1739)* | **Date / Time:** | *07/20/2017 08:21:22, Thursday* |
| **Supervisor:** | *FRESHMAN, K. M. (1244)* | **Supervisor Review Date / Time:** | *07/20/2017 10:59:23, Thursday* |
| **Contact:** | | **Reference:** | *Supplemental Report* |

other interaction between the two of us before this night except for following each other on Instagram due to having many mutual friends

-I remember it was time to leave ▮▮▮s because we had to be at the mixer by a certain time, so we had ubered from ▮▮▮'s house to Mynt where the Coachella themed mixer was going on.  The mixer consisted of Zeta, KD, Fiji and Pi Kapp

At the mixer
-not many people went to this mixer
-people that were not at the birthday party but were at the mixer that I know was there: ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮
-I don't remember signing into it (which is mandatory upon arrival)
-I don't remember anything from the Uber ride so I believe this is when I started to "blackout"
-sign in / sign out is run by ▮▮▮▮, our Risk Management Chair in Zeta along with our President, ▮▮▮▮
-I remember saying something to ▮▮▮▮ early on in the mixer on the dance floor but was also getting frustrated because even after repeating whatever I was saying to her I was getting mad that she kept saying that she still couldn't understanding what I was saying
-the only thing I can recall about this mixer was dancing with my sunglasses on (which helped hide how drunk I was) and I remember I was dancing with ▮▮▮▮ and ▮▮▮▮.  I also remember taking a few photos with ▮▮▮ at this mixer but being kinda sloppy when posting for it.
-According to the people I had talked to the next few days after April 10, specially ▮▮▮ who said he was there the whole time I was and w=as keeping an eye on me, said that I did not talk to or interact with ▮▮▮ whatsoever at this mixer
-▮▮▮▮ said I "couldn't hold a conversation" when we were together.  "Wasn't speaking English" and that I wasn't making sense at all.  I wasn't moving much which is also an indicator how messed up I was.  He told me that particularly.  And when I did I was "so sloppy" and as mentioned before, he had offered to walk me home so that I would be safe and wasn't taken advantage of as we had talked a few days before April 10 about a previous assault by one of his fraternity brothers.  So he was really trying to look out for me.  I think the reason why I denied him was because I was worried he would try to hook up with me.
-I do not remember signing out except for reminding myself to act as sober as possible while writing my name in order to sign out with ▮▮▮▮.  She told me the next day that I was one of the few people still at the mixer at that time that most people had already left.  She also did not think I was that drunk (I am not sure if I still had my glasses on or what, but I am usually good about acting normal when I'm drunk, even black out)
-I don't remember anything between leaving the mixer and then walking into my apartment with him.  The next part I remember is him grabbing at me, which was an extremely sobering moment
- I do not remember walking from the mixer, seeing ▮▮▮ at all, the phone call of inviting ▮▮▮ and I to hang out with ▮▮▮, ▮▮▮ and ▮▮▮ after the mixer, seeing and talking to ▮▮▮▮ or walking into the CCA building.
-Apparently, according to my witnesses, ▮▮▮▮ and ▮▮▮ had called me then ▮▮▮ using one phone.  I

Investigator Signature                                                       Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                                    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*       **Case Mng Status:** *PENDING INACTIVE*       **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                **Date / Time:** *07/20/2017 08:21:22, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*       **Supervisor Review Date / Time:** *07/20/2017 10:59:23, Thursday*

**Contact:**                                                      **Reference:** *Supplemental Report*

didn't` pick up because I was so drunk (a tendency I have when I'm too intoxicated) but ▮▮▮ or ▮▮▮ (whoever made the phone call) had gotten ▮▮▮▮number from ▮▮▮ and when they called him, he picked up and we had told them that we would be at the house on Bull Street in 15 minutes. We never showed up.
-See screenshot of calls made
-Also, according to ▮▮▮▮, ▮▮▮ had taken me to the Pikapp fraternity house on Coming St. I as in there for about 30 seconds and then the boys had told me to leave because no girls were allowed because it was "hell week" for the pledges and that they were being hazed. This is how many of the guys found out I was the survivor, because they saw ▮▮▮bring me into the fraternity house before we were asked to leave
- ▮▮▮▮said that I had yelled her name and was talking really loud and was belligerently drunk when I was walking down George St. back in the direction toward the CCA with ▮▮▮▮▮▮▮next to me outside the fraternity.
-She told me days later that I said I was going back with ▮▮▮to "smoke" and asked if that was what I wanted, which I had said yes, she still offered to walk me home but said I had seemed totally fine about it. She said that she had turned to ▮▮▮then and said something like "take her home safely" but also said sternly looking right into his eyes "and leave her there". He had nodded and we apparently walked toward CCA.
-See text message to me explaining what happened

This is what I can remember:
-walking into my apartment with him and he thought my apartment was cook because of how it was decorated. Then he said "wait do you not have a roommate ?" I told him no because she had moved out because of her own personal issues. I had mentioned how nice it is to live alone and not have to worry about being too loud or dealing with an annoying roommate.
-I blacked out again until I had this sobering moment:
-I can't remember which one happened first, if it was on the couch or while we were standing in the common area/kitchen of my apartment but I do remember both times he was aggressively trying to grab me at my waist, my butt, my vagina, my hips, my waist and my arms and wrists to bring me closer to him and tried to make out with me. The time he was doing this when I was standing and remembering pushing him away, hitting his hand down to prevent him from trying to touch me, yet he continued to do it. I blacked out again. Then when I was on the couch I can recall not wearing any underwear, and he was sitting right next to me, grabbing my upper thigh and  between my legs and then my vagina and this is when I had freaked out and said "WHAT ARE YOU DOING?" and tried to say that I didn't want to hook up but he immediately said in a really rude, aggressive way "Why would it matter, I already put my dick inside your pussy"
-then tried to grab me again until I processed what he had said.
-I was horrified, shocked and could feel my mouth drop. I was in complete disbelief. I didn't` remember having sex with him and yet he continually kept trying to pursue hooking up after he had said that until I said "wait...what?" I was in complete shock. He said "yea earlier we already did it so doing it again wouldn't` hurt"
-I was so upset, I remember feeling angry, pissed and then very upset I had gotten up from the couch where I was sitting next to him and told him about the time I was raped by another member of his fraternity.

Investigator Signature                                      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*  OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      Occurred: *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*      Date / Time: *07/20/2017 08:21:22, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*      Supervisor Review Date / Time: *07/20/2017 10:59:23, Thursday*

**Contact:**      Reference: *Supplemental Report*

-I was sobbing telling him

-He could see how upset I was and I can recall the look on his face of how terrified he was of me telling this to him right after he had taken advantage of me and he kept apologizing. I remember wondering how we had hooked up when I had never met him before, was not even slightly attracted to him let alone would never want to hangout or be friends with him. I thought he was really fat, ugly and I had zero interest in him.

-He was sympathetic to my story and could tell how upset I was as to what had happened. He felt so bad that he didn't leave right away and had wanted to hang out. I can remember him being like "you're actually really chill (cool) I didn't think you were" He repeated this several times as if he didn't think I was a cool person before and probably just some random dumb sorority girl by the way he had said it.

-Since I had opened up about that first assault, he shared something embarrassing but I can't remember any of it. I know he did share something because he brought it up on the phone if I remembered it. I didn't.

-He started acting like we were friends or something so he started telling me about all the girls that he had recently hooked up with, one being my sorority sister ████. "Dude look at this" I remember he said to me on the couch and showed me a nude photo with Pikapp written on her ass. He had sent this image to several other members of his fraternity. I was disgusted and told him to delete it immediately. Then our conversation got fuzzy again. He clearly doesn't have the right intentions if he was so proud of taking that photo while she was obviously messed up and even brought it up himself...like who does that??? Pervert...

-I don't remember what happened next but I do recall that there was one point that he had brought me down to his apartment and I remember being on his bed eating beef jerky from trader Joes and then he mentioned something about still being hungry and wanting to go to CVS to get food. I didn't know why he brought me to his room in the first place.

-There were several times that he had tried to lift up my dress to film or snapchat it, a few times in the apartment, once in the elevator, and again right outside CVS as we were walking into the store. The last time he did it was either in or outside CVS because then I got mad and bitched at him "what are you doing STOP" and he just said "but why, it's funny." Each time he lifted my dress and I turned around, he was holding his phone like he was taking a picture of filming it, which is one reason why I freaked out on him cuz he knew I still wasn't wearing underwear. I had told him to stop when were in my apartment and when we were walking out of the elevator as well. The cameras in the elevator would probably show this.

-At CVS we grabbed 2 boxes of Mac and Cheese (I'm gluten sensitive, so I would never buy these let alone cook and eat it ) and I bought chocolate Easter candy

-I do remember spilling salt everywhere when I was trying to add it to the water for the mac and cheese to heat up quicker...I was so sloppy I found olive oil everywhere and salt everywhere in my apartment the next day and I used basically a whole stick of butter for the mac and cheese (which is really gross and not normal)

-the next day I can recall waking up and having this horrible painful feeling

-I literally woke up in tears

-I looked for a condom or even a condom wrapper but couldn't find anything and that's when I freaked out. I was in complete denial that this had happened to me and kept thinking back to that line "why does it matter, I already put my dick inside your pussy"

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                            OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *PENDING INACTIVE* | **Case Mng Status:** *PENDING INACTIVE* | **Occurred:** *04/10/2017* | |
| **Offense:** *SEX OFFENSE / FORCIBLE RAPE* | | | |

| | | |
|---|---|---|
| **Investigator:** *WILSON, D. G. (1739)* | **Date / Time:** *07/20/2017 08:21:22, Thursday* | |
| **Supervisor:** *FRESHMAN, K. M. (1244)* | **Supervisor Review Date / Time:** *07/20/2017 10:59:23, Thursday* | |
| **Contact:** | **Reference:** *Supplemental Report* | |

-I tried to look at any texts that I had that would make sense of the situation and how he followed me back to my apartment but found nothing.

-I was absolutely pissed so I texted him. See attachments.

-I send him a text saying that I was pissed about last night and he denied it through text but then ended up calling me

-in this phone call he admitted that we had sex for a few minutes and then suddenly we both agreed it wasn't a good idea anymore because according to him, neither of us had condoms and that it was my idea to not use a condom which I have never done, not even with my first and only boyfriend.

-so I had clarified with him that we did have intercourse, although he had denied it in previous text messages before this phone call

-he also mentioned in this call that he kept asking it if was ok we had sex, which makes me wonder how persistent was he since I always use a condom or I just don't have sex. Period. From being on the couch and remembering how aggressive he was at grabbing at my vagina I know that I definitely was resistant to letting him continue. It kills me knowing that he just kept going even when I most likely didn't want anything physical with him at all.

-he "swore" he asked me many times if it was ok (while having intercourse)

-on the phone he was very concerned if I was still mad at him and If I would say anything to anyone. I said at the time, no I wasn't mad anymore because he had told me the truth

-I can specifically recall him saying please don't tell anyone about this and had repeated himself multiple times on the call.

-even throughout that day and the day after he texted me checking up to see if I was still ok and even called me a few times

-he wanted to make sure that we were good and that we were friends again

-it seemed like he tried to be my friend after this because he knew what he did was wrong and wanted it to seem like what had happened did not happen and wanted to clean the slate and be friends

-I called my friend and told her about the photo he had of her

-she didn't know he still had that photo let alone was sending this nude photo to members of his fraternity

-as days continued, I could not stop thinking about what happened

-I could not stop talking about it. I was constantly trying to put the pieces together of what had occurred and it didn't make much sense until I talked to other sorority sisters and ▉▉▉▉ on how exactly the night went and how we ended up in my apartment

-I was wondering why he was so worried about that, then later found out that he was suspended from pikapp fall 2016 for having an allegation against him for the same thing, rape

-pikapp only suspended him from activities but allowed him back to the chapter as a regular member spring 2017. They did not tell school officials of this allegation. This allegation was reported to the exec of pi kapp by ▉▉▉▉ ▉▉▉▉, a female in the sorority Theta. The things that I had heard was that she was ▉▉▉▉'s' date to pikapp formal in Myrtle Beach in fall 2016 but something had occurred and ▉▉ had taken advantage of her as well. I have been told that she did not report it due to the unwanted attention socially.

-he even invited me to one of the parties they had planned for that following weekend

| **Investigator Signature** | **Supervisor Signature** |
|---|---|

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                    OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *PENDING INACTIVE* | **Case Mng Status:** | *PENDING INACTIVE* | **Occurred:** | *04/10/2017* |
| **Offense:** | *SEX OFFENSE / FORCIBLE RAPE* | | | | |

| | | | | |
|---|---|---|---|---|
| **Investigator:** | *WILSON, D. G. (1739)* | **Date / Time:** | *07/20/2017 08:21:22, Thursday* |
| **Supervisor:** | *FRESHMAN, K. M. (1244)* | **Supervisor Review Date / Time:** | *07/20/2017 10:59:23, Thursday* |
| **Contact:** | | **Reference:** | *Supplemental Report* |

Evidence: texts, bruises, witnesses, snapchats. (I have a video of me being with ▮ in CVS after this occurred)

I would like this resolved by terminating ▮s status as a student here at the College of Charleston. Considering he has previous allegations and now this rape, he is a danger to other students, particularly females. Allowing him to stay at this school will risk this same situation to occur again. If this is considered too harsh of a consequence, I would like to have "No contact" with ▮ and for him to be suspended from CofC until I graduate. I do not want to see him ever again, he has ruined my life and my mental stability as an individual female.

I will feel as if justice has been restored if he is punished for this predatory behavior and is prevented from doing this to another female.

I am notifying the City of Charleston Police about this incident June 23, 2017.

It is worthy of note that this dialogue was transcribed exactly as presented by ▮ during her initial report. The associated documents were added to the case file.

Investigation continues...

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*

OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *PENDING INACTIVE* | **Case Mng Status:** | *PENDING INACTIVE* | **Occurred:** | *04/10/2017* |
| **Offense:** | *SEX OFFENSE / FORCIBLE RAPE* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *WILSON, D. G. (1739)* | **Date / Time:** | *07/20/2017 10:27:41, Thursday* |
| **Supervisor:** | *FRESHMAN, K. M. (1244)* | **Supervisor Review Date / Time:** | *07/21/2017 14:27:41, Friday* |
| **Contact:** | | **Reference:** | *Supplemental Report* |

OCA: 17-11031
Incident Type: CSC
Incident Location: 50 George St., Charleston
Incident Date: April 10, 2017

Victim: ▇▇▇▇▇▇▇▇ (W/F, ▇▇▇▇▇▇▇
▇▇▇▇▇ Charleston
▇▇▇▇▇▇▇▇▇

Offender: ▇▇▇▇▇ (A/M, ▇▇▇▇▇
▇▇▇▇▇, Charleston, SC
▇▇▇▇▇▇▇

-- Text message conversation between ▇▇▇▇▇▇ and ▇▇▇▇▇▇ --

(▇▇▇▇▇▇▇▇▇▇▇)
(▇▇▇▇▇▇▇▇▇▇▇)

**it should be noted that the screen shot provided showed an already in progress conversation between ▇ and ▇▇ but portions of the messages were obscured by an image on the screen**

[4/11/17, 12:33am]
▇▇ : ▇▇

[4/11/17, 2:48am]
▇▇ : hey remember to give ▇▇▇▇ back her ring please
▇ : I got ya dw
▇ She needs to give me my monkey back so I won't forget haha
▇ hahaha it's been like 2 months but thanks good night
▇▇ : night

[4/11/17, 7:55am]
▇▇ do you know when we left the mixer? I don't remember anything from last night.
▇▇ : no idea
▇ : I was blackout and honestly I'm pissed rn. I feel like you took advantage of me last night.
▇▇ : wait what. I literally did not do anything that you didn't want me to do. I asked you multiple times.

---

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                          OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*    **Date / Time:** *07/20/2017 10:27:41, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *07/21/2017 14:27:41, Friday*

**Contact:**    **Reference:** *Supplemental Report*

---

▆ : I remember you said you put your d██k inside me already when you kept trying to hook up with me`

▆ : no that did not happen. I literally made sure that everything was ok I'm not an idiot

▆ : I'm glad we cleared that up haha but when do you finish

▆ : ya same I appreciate you being straight up with me. I have lab until 4:30 then I'm gonna pick up after

▆ : yeah obviously haha u were actually chill as f██k after too. we hung out for a while after so I was like wait what the f██k.

▆ : my head hurts so much through those Advil did not do shit to me.

▆ : Yo also thanks for saying the sit about ▆▆ cause that's actually not cool and I was fucked up . I deleted them just not.

▆ : you're good dude. I don't think anything badly of ya, s██t happens

▆ : ah I ran out of hydros last week wish I could help you out hahahahaha oxy?

▆ : nah hydros

▆ : wtf is that

▆ : It's in the same pain killer class, just like a step down from oxy

▆ : oh word yea my head kills. I hope you didn't mention to ▆▆ about last night

▆ : no I did not. That's not her business. I was just trying to look out for my girl that's' all.

▆ : Nah obviously, you're good haha. I deleted them that was stupid of me honestly

▆ : If it makes you feel better I just threw up like 3 times.

▆ : I like understand why it's amusing for guys to like that s██t and all esp since pikapp was written on her ass (and we f████n love pikapp) but ya not cool

▆ : oh noooo

▆ : feel better!!!

▆ : haha yea that's' just me being a retard. I took a bar that night and ▆▆ gave me an Ambien

▆ : I remember you saying that. haha

▆ : I lost my keys In didn't I

▆ : yeah

▆ : we had to put the door on the unlocked thing

▆ : s██t balls. ok

▆ : you need to sleep off this hangover but text me when you finish and I'm glad we're back to being friends again hahaha

▆ : ya for sure

▆ : ur honestly really chill so I didn't wanna be that d██████d

▆ : I appreciate that. Do you know how we got in initially tho??

▆ : ya no worries, lmk when you pick up and we'll get stoned.

▆ : my keys

▆ : no as in my apt

▆ : your keys, idk where you put them tho

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*    **Date / Time:** *07/20/2017 10:27:41, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *07/21/2017 14:27:41, Friday*

**Contact:**    **Reference:** *Supplemental Report*

█ ok as long as they're in my apt.
█ found them wooo!
█ I'll text ya after 5
█ okay sounds good. I'm just gonna die in my bed for a while

[4/11//17, 12:41pm]
█ have you registered for classes next summer. I need an easy class to take
█ also any way ur reupping before 5? I'm going fishing with █ and we wanna bring some bud
█ haha yes I already have registered. what kind of credit do you need.
█ ahhh I love █
█ I don't know that's the thing
█ I'll try my best
█ and my bitch ass advisor never emails me back
█ go to degree works in my Charleston. if you need help finding anything I can help you
█ and █ is something else
█ I'm living with him next year at 4 Coming
█ hypeee
█ he is the biggest stoner ever
█ yea haha I'm gonna miss him next year. He's a great guy.
█ I used to buy from him
█ except for █ maybe ahaha
█ I don't think I know him
█ holy f██k guess what I just found
█ █, long hair
█ █attackkkk. lmao
█ yes, ahahah.
█ and I just found a piece of beef jerky in my bed
█ HAHAHA
█ that was too good
█ so f████g gross.
█ haha yea they were amazing.
█ wait is the sociology class a 101
█ yes
█ are you still allowed to take those as a soph
█ yessss
█ word word
█ it's all about fulfilling the gen ed requirements before you get into your major's required classes
█ okay word. I still don't get this system by whatever

Investigator Signature                         Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                                    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*       **Case Mng Status:** *PENDING INACTIVE*       **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                   **Date / Time:** *07/20/2017 10:27:41, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*       **Supervisor Review Date / Time:** *07/21/2017 14:27:41, Friday*

**Contact:**                                                 **Reference:** *Supplemental Report*

▮ : yea I low key hate being at a liberal arts college

▮ dude it blows. Last year I didn't have to do any of this s██t. I literally took all classes regarding my major and it was dope. you is the professor Nielson Donald or Jane

▮ : lol def Donald. that totally fits his personality

▮ they're husband and wife?

▮ I think so actually haha

▮ lmao so sketch

▮ : he has the craziest eyebrows. js

▮ ahahahah. I got nielson. What's an easy humanity

▮ ayee. uhhh not religion 101. if you can find music appreciation online then that one

▮ I already did music appre already

▮ I haven't taken any more humanities

▮ : I need one more, ██k. U better remember to bring your old sociology shit to school next semester for me. hahaha. that'd be so clutch

▮ yea I'll just send it to you when I get out of class. You're so lucky you're getting this hahaha

▮ haha I appreciate it. Probably going to bring my gpa up

[4/11/17, 6:25pm]

▮ : have u picked up. I'm about to be back from fishin

▮ : no sorry I've been sleeping

▮ I slept through my classes

▮ haha how was fishin

▮ It was good I'm sunburnt. We caught like 2 fish.

▮ : hypee.

▮ : how much bud you looking to pick up? When's your class

▮ : 2. I can be late tho. Still need to shower too

▮ ' I have an advising appt rn idk how long it will last but if it's over before then yes

▮ : okay thanks friend

▮ : idk why I remember this but did you say you were getting a medical card soon?

▮ : once SC allows it for arthritis yes. Or when I move after college whenever comes first

▮ that's so fire hahah

▮ : yep definitely something to look forward to

▮ yea that would be so sick. I'm going to ask you to ship me zips

▮ : lol ok

▮ : haha I'm kidding.

▮ : No I will

▮ : haha thnx. wryd rn. What kind of bong do you have?

▮ sorry I was studying in my room.

Investigator Signature                                        Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                          OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*    **Date / Time:** *07/20/2017 10:27:41, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *07/21/2017 14:27:41, Friday*

**Contact:**    **Reference:** *Supplemental Report*

███: tbh idk what type but it`s pretty cool
███ you should get a dope one on 420 sale. Pretty sure everything is half off
███: Hahah if I get my first official paycheck by then then yessss
███ where do you work
███ The Watch
█: the f██k is that. tell me it`s a watch place
█: smh, no haha it`s pretty popular it`s on Wentworth on top of the Restoration Hotel. It has dank food and drinks
█: I need to get new batteries and my watch strap changed cause I have a really nice watch and I`m selling my apple watch for like 200
███: haha sorry I can`t help ya on that one
███ ya dw I`ll get over it
██: Can I come up and take a rip after class before I go to ██████room

[4/12/17, 7:16pm]
██: lol just saw this. Next time bring ███
█: ahaha I will

[4/13/17, 12:16pm]
██ are you in class
██: I have bud we can smoke

[4/14/17, 9:51pm]
█: you do you still have bud

[4/15/17, 1:08pm]
█: big party at the frat tn

[4/16/17, 1:40pm]
█: can I pick up

Investigation continues...

Investigator Signature _____    Supervisor Signature _____

## CASE SUPPLEMENTAL REPORT                          Printed: 08/16/2017 08:28

*Charleston Police Department*                                    OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*           **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*      **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                        **Reference:** *Supplemental Report*

OCA: 17-11031
Incident Type: CSC
Incident Location: 50 George St., Charleston
Incident Date: April 10, 2017

Victim: ██████████████ (W/F, ██████████
         ████████████████ Charleston
         ███████ / ███████████

Offender: ████████ (A/M, ██████
         ████████████ Charleston, SC
         ██████████████

— Text conversation between ████████████ and ████████████ —

** it should be noted that contained within this documentation is a hand written notation from ████ which states "me texting ████ that I have no expectations of hooking up with anyone"

■ ██████████████
■ ██████████████

[4/10/17, 5:35pm]
██ I honestly didn't mean to flip, but I hate when people are "that guy" but I just wanna know if I'm still supposed to come over before ████'s. I probably can't come if you don't reply to this due to embarrassment. haha
██ I accept your apology. Just please be careful what you say to other girls regarding that kind of stuff. It's easy to get caught up in our own expectations by not considering others or their reasoning behind them. I'm not going to lie I'm overwhelmed with how forward you area and I can honestly tell you no girl likes feeling that she has to meet certain expectations by the end of the night, especially me. I don't know what your situation is with your girlfriend (which is a huge red flag) so I think we should take it slower than that. I wanted to get to know you first I feel like I don't even know who you area but if you want to come over to hang beforehand that's fine. I love getting to know people just know that I am going to this mixer without any plan to "get" with anyone tonight. Regardless of what actually happens.
██ I understand what you mean but yea I didn't mean that at all. Like I realized right after you said that guy (unknown, message discontinued)
██ you're good, wanna just meet us there

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                   OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*     **Case Mng Status:** *PENDING INACTIVE*     **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*              **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*     **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                        **Reference:** *Supplemental Report*

---

██ I'm about to walk in in like 3 or do you wanna go. Like I'm on George. I can meet you at the bottom of cca

[4/10/17, 8:51pm]
██ are you straight? I'm leaving like now. I'm so pissed I literally dropped my bed on accident f██k. Are you straight?

[4/10/17, 10:08pm]
██ : ? haha

[4/10/17, 11:21pm]
██ : disgusting

[4/11/17, 6:56am]
██ : whatttt
██ : I'm sorry I was so drunk

[4/11/17, 8:32am]
██ ughhhhhhh
   I wish I left with you In it was so bad

[4//11/17, 9:48am]
██ way too sloppy dude. I literally tried to take you back so you'd be straight like 5 times. What do you mean it was so bad wtf happened?
██ I was blackout the whole mixer. I'm sorry. Are you saying I was too sloppy or you were
██ hahah I was like sober by the end. Like I was ready cause I knew you said that happened and I tried to take care of you but you wouldn't let me. What was so bad though?
██ aw I'm sorry I don't remember it and I'm sorry if I offended you!
██ Offended me so bad. Dude I'm kidding the only thing I was pissed about was you not letting me take you to your room, I was trying to see ████ Hahajkjk. But I wanted you to be in your bed cause you were so drunk
██ haha v funny. I would have rather had that happen.
██ obviously. and you disappeared. ████ should have talk to her more haha like I couldn't even hold a convo with you at the mixer at all. I think I talked to her more like the whole day haha
██ : oh shit. Daaaaamn ████
██ : loling
██ : lolling
██ I'm saying well I thought I'd be talking to you but I ended up talking to her the whole time.
██ Isn't she pretty tho
██ Who's the risk management chair in pikapp

---

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

Charleston Police Department                                    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                 **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*      **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                                          **Reference:** *Supplemental Report*

----

███ my big why. And I'm about to go play dodgeball hahah smoke after

: who's your big? I need to sit down and talk with him. Send me his # please. Pleaseeee

███ : What happened????

███ :

███ : I was taken advantage of

: again

: and this needs to stop

: Are you ████ng kidding who? Did you actually do anything? That pisses me off dude. When was this wait

f████g ████? Cause isn't that who you went back with.

███ : Do you wanna smoke. I would rather talk not text

: let me come over in a little

: ok what time

: Do you have to go to bed soon or anything? Cause I need to go shower and s██t.

███ : I need to shower too and study a bit

: yea haha I was gonna say one of those times 1045 is more realistic

: ok just text me when you're on your way

: word. Damn dude this is hard to get hit with haha. like I'm so sorry

: what do you mean

: Like I'm so sorry that happened

███ : I just want to see a change. That's all I want from this whole thing. I'm not the only one this has happened

to. You gotta give me a heads up with you're on the way.

: are you serious. Wtf?. I'm going home to shower then coming

███ : have you left yet

: chill haha. I'm still eating. I'm bringing weee too

███ : no I'm legit so f████g tired. Didn't you say 10 is your bedtime?

: ugh I'm coming. shut up haha. I stay up till like 2 everyday haha. I'll hurry up.

: I'm so pissed. Like be a f████g normal person

: Yea believe me I haven't been able to stop trying to understand why a person would think it's ok

███ : Dude I want to hug you or something I feel horrible

: haha aww I appreciate it

: I f████g know who it was is why I'm pissed

: Om just like still really shook up about it

: Did he get in trouble last semester for something similar

: IM so mad. Yea and I believed he didn't do it

: wait no way

: but now I don't f████g know. ███ right?

: ugh yes. I swear I've never even talked to this kid before Monday night

: wtf

----

Investigator Signature                                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                                    OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                    **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*      **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                                    **Reference:** *Supplemental Report*

▮ : and it's not like I even hunt out with him at the mixer form what I was told
▮ : I literally tried to stop you from going home with anyone
▮  I'm sorry I don't remember
▮ please listen to me next time
▮ : you and ▮ both
▮ no when I say come home with me it's to save you. from anything if you leave with me I will make sure you get back fine.
▮ : ugh thank youuuu
▮ : like dude I don't ▮▮k with that
▮ : I've never felt this way before it's so s▮▮ty
▮ : literally want to be there with you rn
▮  I just can't not say something about it since it's not the first time. You're so sweet
▮  Dude he's literally someone I hang with all the time. I was just with him when you texted that wtf
▮ : when? earlier? yea I men just because he's a good guy doesn't qualify him to do something like that
▮▮▮ dude like I could never, like a girls sleeping rn haha and I'm just talking about this like wtf is his problem. No you're nothing to me if you do that to a girl. Literally don't want him if he's doing that
▮ : right
▮ like I might be a douche but I respect women so much. They have to put up with f▮▮s like me.
▮  haha what
▮ like I respect women too much to let that slide. Like you're gorgeous I'm so pissed that happened. Haha how do you move someone without waking them.
▮ : no that's not how it happened
▮ : what? omg what are you talking about? I was talking about this girl she's just sleeping really hard haha
▮ : What haha. You're confusing me
▮ : what are you talking about? Ive been smoking since 12
▮  I didn't know what you were saying so idk
▮ : wtf. do you think that was the same as.....
▮ : huh. wdym. my situation?
▮  Like do you think it was yes. Yes I didn't wanna say it
▮  I talked to her about it but she supposedly gave consent. I didn't. I didn't know what was going on I was so incoherent.
▮  wtf. I feel like she didn't. Like supposedly.
▮ : I'm not sure but the thing is she was also barred out and I was just straight up drunk
▮  Are you f▮▮▮g kidding me
▮ : No
▮ : you can't give consent on bars.....
▮ : yup
▮ I knew you were. That's not a thing, you were literally blackout

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                                    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

---

**Investigator:** *WILSON, D. G. (1739)*                      **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*        **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                                       **Reference:** *Supplemental Report*

---

█ : This is why I'm going to say something
█ : Like you were barely moving in the bar and that's why I tried to take you home
█ : like do you think I was in any sort of state of mind to make a decision or to think through whatever he had said to try to make me go back to the apt with him
█ : no I blame myself some but also I literally turned around and didn't see you guys like what could I do? We called you and ███ Like me and ███████ called both of you and also I'm pretty sure he answered when he called from her phone and said you guys weren't doing anything
█ : omfg and ████████ called me and told me to come to 99 bull which I'm always down to keep partying usually so idk what he told me or how he led me back cuz I told her I was on he way.
█ : I was with her and you were blackout
█ : I'm sobbing this is so upsetting
█ : f██k really. I can't deal with girls crying only thing that kills me. are you ok, I hate you don't want me to say anything
█ : I need to talk to him in person before anyone else does.
█ : wow you're great
█ : I've never been so livid
█ : dude like I can't do anything like IM so pissed I cant
█ : If this happens to any one of my sisters after this I'm going to lose my sh█t
█ : I tried to prevent it. Now I'm pissed knowing what happened. wtf
█ : well if you told ███ then maybe that's something ███ needs to make a big deal about next fall. Ya I know. you ███████ have all said that.
█ : said what
█ : that you tried to prevent it
█ : I was with both ████ s
█ : ya that makes me even more sad I'm not going to lie
█ : I'm so pissed I didn't actually stop it. f██k you're gonna make me sad
█ : not your fault
█ : it isn't but this shouldn't be a f█████g problem
█ : I know. That's why I'm talking to ███ about it tomorrow. But I swear you cannot tell anyone that
█ : like this is something that should never happen. I promise I'm not telling anyone., Do you really think you have to worry
█ : I know I think some guys just really need a f█████g reminder
█ : no they should know it's not ok. I want ████ to be there too
█ : ok
█ : I'm pissed and just so I can flirt with her not a real reason. I'm jk but I'm mad. Like nothing makes me more mad

[4/13/17, 10:58am]

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                    OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*                **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*        **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                    **Reference:** *Supplemental Report*

▮ Are you good?
▮ : I'm trying to hang in there. I just feel really depressed
▮ do you need anything. This man just texted me. Like I'll honestly come see you now.
▮ : Don't say anything to him please. Not yet. I need to tell him how traumatizing this is. I'm in class but if ya wanna chill at 4 then we should
▮ : Ugh obviously I won't if you don't want me to. I want to beat his ass
▮ : Not saying anything is honestly the best thing you can do for me right now.
▮ I know
▮ have you talked to ▮ about keeping it confidential
▮ he's risk manager, he has to . He talked to me about keeping it confidential haha so I think it's straight
▮ ok awesome
▮ : I'm just mad. You were clearly too f▮▮d up for anything. And we talked about it the whole day.
▮ : I know it's almost ironic
▮ : And I'm more mad that he didn't even talk to you in the bar
▮ : I KNOW
▮ : It's actually really weird because I got so defensive literally that day
▮ : WTF like I don't even ▮▮▮▮g know this kid
▮ : I mean I couldn't do anything there I didn't talk to either of you at the bar except for you like 2 times so I had no idea
▮ : Monday was the first time I've ever said anything to him. No its fine you're fine
▮ : That's also something I didn't know someone I forgot who was like I think they hooked up before so it made me think less but wtf it was your first meetinggggggg ugh
▮ wait what. huh. who told you that. tell me
▮ : idk someone said like oh I think they know each other or something so I thought he'd be normal and take you back
▮ : any one of my friends would have denied that immediately. hah noooooo f▮▮k no
▮ : no not hook up like someone said know each other
▮ : hmm
▮ : Like who can deny that like no one knows who you know haha
▮ : true
▮ : like someone just said something to make it seem like it'd be normal
▮ : ya I understand what you're saying now
▮ : and I don't expect anyone to be like that
▮ : I just don't know how anyone in my sorority besides ▮ and ▮ like didn't notice it
▮ : people asked about you. and called. you were literally blackout like you definitely just couldn't answer the phone. Literally ▮ 's and ▮ and I were calling. Cause it was us 4 in one part of bull then other kids in another part
▮ : ughhh that just makes everything feel so much worse

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                    OCA: **1711031**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*              **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**                                **Reference:** *Supplemental Report*

---

▮ : okay I'm gonna stop telling you stuff
▮ : No like I need to know this
▮ yea I know
▮ I spent hours yesterday trying to figure out if it was my fault
▮ this sucks. How could it ever be your fault
▮ : idk honestly
▮ I mean obviously not getting drunk enough to where you can't move is stupid and something you should stop doing but no one should ever do that to anyone. Literally ever
▮ : But I was able to move. was I not. I wasn't like falling on the floor
▮ if you can't remember thennnn. Idk you weren't like super moveable. Like I feel like you fell
▮ : oh
▮ Yea that's why I'm so pissed
▮ : so why didn't a sober monitor walk me home. I just don't understand how I got through so many people who could have prevented it
▮ : Ok I tried like idk what else I could have done. And because she was outside and I was talking to her the whole time and she definitely left before you left
▮ : yea it's my fault
▮ I literally came up to you to try to make you leave but you said no and what am I supposed to do like force you to leave that's so weird??????
▮ you're fine. Stop you tried its ok. It wasn't like you were a bystander that watched
▮ : yea but I still failed. Also it wasn't your fault at all. Do you not see those things were the victim always thinks it's their fault you gotta be smarter
▮ : It just blows my mind like I'm not attracted to this kid whatsoever so I don't know what made him think that I was interested or just into it at all. Yea that's what everyone told me but yes I know my blackout days are over.
▮ : wtf I literally thought you knew him. Yea you honestly you shouldn't get like that as a girl.
▮ nope not one bit
▮ ha jk
▮ : it isn't up to me whether he stays in eh fraternity or not. Ultimately that's ▮ decision
▮ I know. I'm sure I can influence
▮ what did you guys do for ▮ Didn't you vote or something
▮ no its was like between two people and it's a long story of why he's not kicked
▮ : I'm sure it was much different than this
▮ definitely. yours actually sounds horrible

[4/13/174, 2:22pm]
▮ : How are you?
▮ going to the hospital
▮ : why? what's wrong. scaring me

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                              OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*    **Case Mng Status:** *PENDING INACTIVE*    **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WILSON, D. G. (1739)*    **Date / Time:** *07/20/2017 11:33:54, Thursday*

**Supervisor:** *FRESHMAN, K. M. (1244)*    **Supervisor Review Date / Time:** *07/21/2017 14:41:30, Friday*

**Contact:**    **Reference:** *Supplemental Report*

:  I don't mean to scare you
:  wait like why you are going it's not for what we talked about is it
:  yea it is

Investigation continues...

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                                OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *PENDING INACTIVE*          Case Mng Status: *PENDING INACTIVE*          Occurred: *04/10/2017*

Offense: *SEX OFFENSE / FORCIBLE RAPE*

Investigator: *WILSON, D. G. (1739)*                    Date / Time: *07/28/2017 14:49:46, Friday*

Supervisor: *FRESHMAN, K. M. (1244)*          Supervisor Review Date / Time: *07/31/2017 11:05:32, Monday*

Contact:                                                        Reference: *Supplemental Report*

OCA: 17-11031
Incident Type: CSC
Incident Location: 50 George St., Charleston
Incident Date: April 10, 2017

Victim: ███████████ (W/F, ███████ Charleston

██████████████, Charleston

Offender: ██████ (A/M, ███████
██████████████, Charleston, SC ███

On Friday, July 28, Det. Sgt. Freshman and I (Det. Wilson) met with ███ and her father, ███████, to discuss the findings of the investigation. During our conversation, I explained that after an intensive review of the documentation ████ provided (to include text messages and written statements) and thorough investigation of the alleged sexual assault, I had reached the point that all leads were exhausted and there was insufficient evidence and probable cause in support of a criminal charge against ███. As such, the investigation would be placed into an inactive status with the ability to reopen it should new evidence arise.

Upon learning this, Ms. ██████ became overly emotional and proceeded to explain that in the aftermath of the incident she was forced to seek psychological counseling and has been meeting with a therapist twice a week to learn how to cope. She went on to say that she has been unable to proceed normally with her life and routinely has trouble sleeping, engaging in social situations and putting the incident out of her mind. It is worthy of note that during our first meeting, three months after the alleged incident, ████ never exhibited any strong emotional response and was very matter of fact when recounting the incident. However, it was peculiar that during this meeting ████ was highly emotional at the onset of the discussion. In addition to this, I specifically asked ████ whether she had made any contact with ███ or attempted to talk with him since the incident. She adamantly denied any contact with ███ until I presented her with proof a text message she had sent earlier in the morning. (text message which ████ exchanged with ██ at approximately 10:37am provided by Ms. Supler and added to the case file) at which point she explained that she wanted him to know how angry she was with him. The content of the text message is as follows:

"you have it coming for you, and you're absolutely f████ed"

I repeatedly advised ████ that it was unwise to discuss the incident with ███ and after mine and her father's

_____          _____
Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017 08:28

*Charleston Police Department*                                        OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *PENDING INACTIVE*    Case Mng Status: *PENDING INACTIVE*    Occurred: *04/10/2017*

Offense: *SEX OFFENSE / FORCIBLE RAPE*

Investigator: *WILSON, D. G. (1739)*    Date / Time: *07/28/2017 14:49:46, Friday*

Supervisor: *FRESHMAN, K. M. (1244)*    Supervisor Review Date / Time: *07/31/2017 11:05:32, Monday*

Contact:    Reference: *Supplemental Report*

counsel, she agreed to not contact him again.

Ultimately, ▓▓▓▓ stated that she would reach out to other friends who may have additional information about the incident and have them contact me to provide statements. I explained the DNA examination process / timeframe and that I would contact her should any new leads develop. ▓▓▓▓ further stated that she had been contacted by the CofC Title IX investigator and had provided a statement to them as well.

After my conversation with ▓▓▓▓ and her father, I conducted a follow up phone call with Kristina Supler of McCarthy, Lebit, Crystal & Liffman Co., LPA, legal counsel for ▓▓▓. I explained that the investigation had come to a close and that charges would not be filed in reference to the incident. I provided Ms. Supler the address for the CPD Records Dept. and advised that any documentation would be provided once a FOIA had been received.

As the case has reached the point of no further investigative leads and no probable cause with which to pursue charges, I recommend it be listed as Pending Inactive.

Investigator Signature                          Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2017  08:28

*Charleston Police Department*                                      OCA: *1711031*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING INACTIVE*      **Case Mng Status:** *PENDING INACTIVE*      **Occurred:** *04/10/2017*

**Offense:** *SEX OFFENSE / FORCIBLE RAPE*

**Investigator:** *WALKER, M. (2161)*                      **Date / Time:** *08/11/2017 09:45:34, Friday*

**Supervisor:** *AMBROSE, L. H. (1333)*      **Supervisor Review Date / Time:** *08/11/2017 14:59:51, Friday*

**Contact:**                                              **Reference:** *Supplemental Report*

On 8/09/17 this victim advocate sent Ms. ▇▇▇ from MUSC Crime Victim Center this victim's incident report.

_Investigator Signature_                    _Supervisor Signature_